MALLORY et al., Respondents, v. VIRGINIA HOT SPRINGS CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Charles

Mallory and others, as executors, etc., against the Virgina Hot Springs Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 961) granted.